**Betty HARRIS on behalf of Joseph HARRIS Jr., deceased claimant; Barbara Bratton, on behalf of Joseph Harris Jr., deceased claimant, Petitioners,**

v.

**DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S. Department of Labor; AEP Elmwood, LLC, Respondents.**

No. 04–61104.

United States Court of Appeals, Fifth Circuit.

May 12, 2006.

R.A. Osborn, Jr., Raymond A. Osborn, III, Osborn & Osborn, Gretna, LA, for Claimants, Petitioners.

Mark Daniel Latham, Liskow & Lewis, New Orleans, LA, for Respondents.

Before JONES, Chief Judge, and BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

***AFFIRMED.*** *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.